UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-81381-CIV-SMITH

NELSON FERNANDEZ,

       Plaintiff,

vs.

VINEYARD VINES RETAIL, LLC,

       Defendant.

_____/

**ORDER OF FINAL DISMISSAL**

This matter is before the Court on the Plaintiff's Notice of Voluntary Dismissal with Prejudice [DE 9]. Upon consideration, it is

**ORDERED** that:

1. This action is **DISMISSED with prejudice.**

2. All pending motions not otherwise ruled upon are **DENIED as moot**.

3. This case is **CLOSED.**

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 7th day of October, 2020.

                                            RODNEY SMITH
                                            UNITED STATES DISTRICT JUDGE

cc:    All counsel of record